SIRI & GLIMSTAD LLP

120 EAST 31 STREET
NEW YORK, NY 10016
P: (212) 532-1091
F: (646) 417-5967
WWW.SIRILLP.COM

**By ECF**

November 17, 2014

Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *Wachstock v. Verde Energy USA, Inc., et al.*, No. 14-cv-4082 (WJK) (JMA)

Dear Judge Kuntz:

We represent plaintiff Mira Wachstock ("Plaintiff") in the above referenced matter filed as a class action (the "Action"). As directed by Magistrate Judge Joan M. Azrack, the parties held multiple settlement conferences and/or discussions with Judge Azrack, including on September 24, 2014, October 7, 2014, October 27, 2014, and November 3, 2014, during which Judge Azrack strongly encouraged settlement of Plaintiff's individual claim and which resulted in Plaintiff accepting a settlement of her individual claims in the above styled action.

Rule 23(e) provides that "[a] class action shall not be dismissed or compromised without the approval of the court, and notice of the proposed dismissal or compromise shall be given to all members of the class in such manner as the court directs." Fed. R. Civ. P. 23(e). Courts in this circuit have held that Rule 23(e) does not apply to pre-certification dismissals. *See Kaszovitz v. Qiao Xing Universal Resources, Inc.*, 2012 WL 3224341, *2 - *4 (S.D.N.Y. 2012) (court approval not necessary for voluntary dismissal of class action prior to certification pursuant to Fed. R. Civ. P. 41(a)(1)). However, it appears there is also precedent indicating to the contrary. *See*

*Chichilnisky v. Trustees of Columbia University in City of New York*, 1993 WL 452526, *2 - *3 (S.D.N.Y. 1993) (no notice to potential class members required, and court may approve dismissal if dismissal is not collusive and potential class members will not be prejudiced).  The Second Circuit has not yet addressed whether Rule 23(e) applies to pre-certification dismissals.  *See In re Austrian and German Bank Holocaust Litigation*, 2001 WL 228107, fn. 9 (S.D.N.Y. 2001).

Hence, in an abundance of caution, we write to request that Your Honor "so order" the dismissal of Verde since the settlement offer accepted by Plaintiff was mediated and encouraged by Judge Azrack and because the potential class members will not be prejudiced since no class has been certified, the undersigned is not aware of any publicity regarding this action, and none of putative class member claims are being released or compromised by the settlement accepted by Plaintiff.

Attached as Exhibit A is a proposed Stipulation of Dismissal With Prejudice.

                                                                Respectfully submitted,

                                                                Aaron Siri, Esq.

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MIRA WACHSTOCK,

                Plaintiff,

- against -

VERDE ENERGY USA, INC.,

                Defendant.

Case No.: 14 Civ. 4082 (WFK) (JMA)

**STIPULATION OF
DISMISSAL WITH PREJUDICE**

---

       IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective attorneys, that upon this stipulation of dismissal being "so ordered" by the Court, all claims of the named Plaintiff in the above-referenced action are dismissed with prejudice and without costs to any party as against the other.

Dated: November ___, 2014

SIRI & GLIMSTAD LLP

By: _____
Aaron Siri
120 East 31st Street
New York, New York 10016
(212) 532-1091
*Attorneys for Plaintiff*

HOLLAND & KNIGHT LLP

By: _____
Marc L. Antonecchia
31 West 52nd Street
New York, New York 10019
(212) 513-3200
*Attorneys for Defendant*

SO ORDERED:

_____
      U.S.D.J.