UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MIRA WACHSTOCK,

                                 Plaintiff,

- against -

VERDE ENERGY USA, INC.,

                                 Defendant.

Case No.: 14 Civ. 4082 (WFK) (JMA)

**STIPULATION OF
DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective attorneys, that upon this stipulation of dismissal being "so ordered" by the Court, all claims of the named Plaintiff in the above-referenced action are dismissed with prejudice and without costs to any party as against the other.

Dated: November 17, 2014

SIRI & GLIMSTAD LLP

By: _____
Aaron Siri
120 East 31st Street
New York, New York 10016
(212) 532-1091
*Attorneys for Plaintiff*

HOLLAND & KNIGHT LLP

By: _____
Marc L. Antonecchia
31 West 52nd Street
New York, New York 10019
(212) 513-3200
*Attorneys for Defendant*

SO ORDERED:

   s/WFK

_____
U.S.D.J.

7